UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

P.P.,

    Plaintiff,

v.                                                           Case No: 8:14-cv-638-T-36MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on June 5, 2015 (Doc. 21). Magistrate Judge Pizzo recommends that the decision of the Commissioner be REVERSED and the case REMANDED for further administrative proceedings. Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 21) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The decision of the Commissioner is **REVERSED**. This case is **REMANDED** for further consideration of Dr. Ali's opinions and for the ALJ to specifically state the

weight afforded to Dr. Ali's opinions consistent with the Magistrate Judge's Report and Recommendation.

(3) The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on June 23, 2015.

*[signature]*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Mark A. Pizzo